**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Knife Rights, Inc., et al., | Case No. 24-cv-3749 (PJS/DTS) |
| Plaintiffs, | |
| v. | **ORDER** |
| Keith Ellison, et al., | |
| Defendants. | |

Plaintiff and Defendant Keith Ellison filed a stipulation, Dkt. No. 8, to give Defendant an extension of time to Answer the Complaint. **IT IS HEREBY ORDERED:** Defendant Ellison shall Answer or otherwise respond to the Complaint on or before December 6, 2024.

Dated: October 24, 2024            _____s/David T. Schultz_____
                                                                 DAVID T. SCHULTZ
                                                                 U.S. Magistrate Judge