# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KNIFE RIGHTS, INC.; CAMERON SJODIN; DAVID DRAEGER; and KEVIN CRYSTAL,<br><br>Plaintiffs,<br><br>v.<br><br>KEITH ELLISON, in his official capacity as Attorney General of the State of Minnesota; BRAD WISE, in his official capacity as Sheriff of the Anoka County Sheriff's Office; BRIAN THOLEN, in his official capacity as Chief of the South Lake Minnetonka Police Department; BRAD JOHNSON, in his official capacity as County Attorney of the Anoka County Attorney's Office; and MARY MORIARTY, in her official capacity as County Attorney of the Hennepin County Attorney's Office,<br><br>Defendants. | File No.:  24-CV-03749 (PJS/DTS)<br><br><br><br><br>ORDER OF DISMISSAL |

Based upon the Stipulation of Dismissal with Prejudice filed by the parties on October 13, 2025 [ECF No. 30],

IT IS ORDERED that all claims against Defendants Brian Tholen in his official capacity as the Chief of the South Lake Minnetonka Police Department and Mary Moriarty, in her official capacity as County Attorney of the Hennepin County Attorney's

Office, are dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: October 13, 2025                     /s/ Patrick J. Schiltz
                                                                              Patrick J. Schiltz, Chief Judge
                                                                              United States District Court